IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JAMES C. WALTERS,<br>　　Plaintiff, | §<br>§<br>§ |
| VS. | §　1:11-CV-00318<br>§　JURY TRIAL DEMANDED |
| CITY OF JASPER, TEXAS,<br>　　Defendant. | §<br>§ |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff JAMES C. WALTERS and Defendant CITY OF JASPER, TEXAS and file this their Joint Motion to Dismiss and in support thereof would show unto the Court the following:

I.

On March 22, 2012, all parties resolved all claims in this lawsuit. The parties therefore jointly request that the Court dismiss all claims against the City of Jasper, Texas, with prejudice, and that all costs of court be taxed against the party incurring same. The parties respectfully request that the attached Order of Dismissal be signed and entered by the Court.

Respectfully submitted,

*Larry J. Simmons*

Larry J. Simmons
State Bar No. 00789628
B. Eliot New
State Bar No. 24060328
GERMER GERTZ, L.L.P.
P.O. Box 4915
Beaumont, Texas 77704
(409) 654-6700 – Telephone
(409) 835-2115 – Facsimile

COUNSEL FOR DEFENDANT
CITY OF JASPER, TEXAS

*Lance P. Bradley*

Lance P. Bradley
State Bar No. 02826650
Jill S. Chatelain
State Bar No. 00788498
MCPHERSON, HUGHES, BRADLEY, WIMBERLEY,
STEELE & CHATLAIN
3120 Central Mall Drive
Port Arthur, TX 77642
(409) 724-6644 – Telephone
(409) 734-7585 – Facsimile

COUNSEL FOR PLAINTIFF
JAMES C. WALTERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this **Joint Motion to Dismiss** has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on this the 16th day of April, 2012.

*Larry J. Simmons*

Larry J. Simmons